# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY COULSTON, | ) |
| Plaintiff, | ) Civil Action No. 12 - 154 |
| v. | ) District Judge Kim R. Gibson |
| | ) Chief Magistrate Judge Lisa Pupo Lenihan |
| STEVEN GLUNT, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's Proposed Amended Complaint which has been docketed as a Motion to Amend/Correct Complaint. (ECF No. 45.) The Motion will be granted in part and denied in part for the reasons stated below.

Plaintiff's Proposed Amended Complaint only contains amendments of 10 paragraphs in his original complaint. He also identifies two Defendants whose first names were previously unknown at the time he filed his original complaint. This, however, is an improper way to amend a complaint and the Court will not allow Plaintiff to amend his complaint in such a piecemeal fashion. An amended complaint is an all-inclusive complaint that must contain all claims against all defendants. It is a stand-alone document and should not refer back to the original complaint. Once it is filed, it will completely replace the previous complaint, which will no longer be the operative complaint in this matter. Put another way, there must be only **one** operative complaint that contains **all** of Plaintiff's allegations against **all** defendants in this case. Therefore,

1

**IT IS HEREBY ORDERED** this 21st day of May, 2013, that Plaintiff's Motion to Amend/Correct Complaint (ECF No.45) is granted in part and denied in part. Plaintiff is granted leave to file a new Amended Complaint that complies with this Order but his Proposed Amended Complaint will not be filed as such. The Clerk, however, is directed to change the caption of this matter so as to identify John Doe 1 as Sean Domanick and John Doe 2 as Robert Rosenbaum. Because Plaintiff had previously identified these two individuals by their last names in his original complaint, these two Defendants have already been served and counsel has already entered an appearance on their behalf.

**IT IS FURTHER ORDERED** that Plaintiff shall have until June 11, 2013 to file his new Amended Complaint.

By the Court:

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge


cc: Troy Coulston
BK-3534
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698
(Via First Class U.S. Mail)