# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY COULSTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN GLUNT, KENNETH ) <br> HOLLIBAUGH, JEFFREY BEARD, ) <br> SEAN DOMANICK, ROBERT ) <br> ROSENBAUM, DAVID CLOSE, ) <br> DAVID KESSLING, SERGEANT ) <br> JOHN SAWTELLE, ROBERT REED, ) <br> ROBERT MACINTYRE, TRACY ) <br> WILLIAMS, DORINA VARNER, ) <br> JOHN DOE, ) <br> ) <br> Defendants. ) | Civil Action No. 12 – 154J <br><br> District Judge Kim R. Gibson <br> Magistrate Judge Lisa Pupo Lenihan <br><br> ECF Nos. 85, 108 |

## MEMORANDUM ORDER

Plaintiff commenced the above-captioned case at Civil Action No. 3:12-cv-154 by filing a Motion for Leave to Proceed in Forma Pauperis on August 7, 2012. (ECF No. 1.) Plaintiff's Motion was granted on August 13, 2012 and the Clerk was directed to file the Complaint. The case was referred to Magistrate Judge Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court.

The Magistrate Judge's Report and Recommendation (ECF No. 108) filed on February 13, 2015, recommended that the Motion for Summary Judgment filed by Defendants Sean Domanick, Kenneth Hollibaugh, and Robert Rosenbaum (ECF No.85) be granted. Service was made on the pro se Plaintiff at his address of record, and on counsel of record by via electronic

mail. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, the parties had fourteen (14) days from the date of service to file objections to the Report and Recommendation. Plaintiff was granted an extension until March 24, 2015 to file his objections. On March 17, 2015, Plaintiff filed Objections (ECF No. 112).

After review of the pleadings, documents in the case, and the Objections, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 18th day of March 2015, it is hereby **ORDERED** that the Motion for Summary Judgment (ECF No. 85) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 108) of Magistrate Judge Lenihan, dated February 13, 2015, is adopted as the Opinion of the Court.

BY THE COURT

KIM R. GIBSON
United States District Judge

cc: Troy Coulston
BK-3534
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698

All counsel of record
*Via Electronic Mail*

2